UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOA TRUNG KHUU,                              Case Number: CV07-06351 SI

        Plaintiff,                    **CERTIFICATE OF SERVICE**

v.

JOHN TILTON et al,

        Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hoa Trung Khuu V-58390
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South
Tutwiler, MS 38963

Dated: April 8, 2008

                                                Richard W. Wieking, Clerk
                                                By: Tracy Sutton, Deputy Clerk