1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CHRISTOPHER J. WEI, State Bar No. 78958
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5867
    Fax:  (415) 703-1234
8   Email:  Christopher.Wei@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HOA TRUNG KHUU,** | C 07-6351 SI (pr) |
| Petitioner, | **RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS** |
| v. | |
| **JOHN TILON, CDCR Secretary,** | |
| Respondent. | |

Respondent respectfully requests an extension of time of sixty (60) days be granted in which to file his answer to the Order to Show Cause in the above entitled case.  This application is based upon the attached declaration of Christopher J. Wei, Deputy Attorney General.

//

//

//

//

//

1  WHEREFORE, respondent respectfully requests that the time within which to file his

2 return to the answer be extended sixty (60) days to and including July 8, 2008.

3  Dated:  April 24, 2008

4  Respectfully submitted,

5  EDMUND G. BROWN JR.
Attorney General of the State of California

6  DANE R. GILLETTE
Chief Assistant Attorney General

7  GERALD A. ENGLER
Senior Assistant Attorney General

8

9  PEGGY S. RUFFRA
Supervising Deputy Attorney General

11  /s/ Christopher J. Wei

12  CHRISTOPHER J. WEI
Deputy Attorney General
13  Attorneys for Respondent

khuu APPL.wpd
SF2008401203

Respondent's Appl. for EOT to File Response To Writ of HC    Khuu v. Tilton
C 07-6351 SI (pr)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Khuu v. Tilton**

No.:    **C 07-6351 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 24, 2008, I served the attached **(1)** RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS, **(2)** DECLARATION OF CHRISTOPHER J. WEI IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; and **(3)** [PROPOSED] ORDER by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Hoa Trung Khuu
V-58390
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South
Tutwiler, MS 38963

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 24, 2008, at San Francisco, California.

|  |  |
|---|---|
| B. Wong | *B. Wong* (signature) |
| Declarant | Signature |

khuu DECL. OF SERVICE.wpd