EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
CHRISTOPHER J. WEI, State Bar No. 78958
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5867
  Fax:  (415) 703-1234
  Email:  Christopher.Wei@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**HOA TRUNG KHUU,**

                      Petitioner,

      v.

**JOHN TILON, CDCR Secretary,**

                      Respondent.

C 07-6351 SI (pr)

**DECLARATION OF CHRISTOPHER J. WEI IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME**

      Christopher J. Wei, under penalty of perjury, declares as follows:

      I am a Deputy Attorney General for the State of California assigned to prepare and file an answer in the above-entitled case.

      This Court issued an order on April 8, 2008, for respondent to file an answer by May 9, 2008.

      I request an extension of time to file the answer.

      During the past 30 days, I prepared respondent's briefs in state court in *People v. Benitez* (A118252) and *People v. Smith* (A117727), a supplemental brief in *People v. Banks* (A115869) a supplemental brief in district court in *Hennig v. Mitchell* (CIV S-05001931), and an

opposition to a pre-trial writ petition in *Wolin v. Superior Court* (A120701).  Moreover, I have nine other respondent's briefs due in the state appellate courts in the next 30 days (*People v. Simmons,* A118856; *People v. Singh*, H031649; *People v. Johns*, A118358; *People v. Lucas*, H032157; *People v. Martinez*, H031630; *People v. Jiminez* H031681; *People v. Gudaramma*, A118964, *People v. Robinson*, A120309; and *People v. Dixon*, H031949), as well as a response due in federal district court in the next 30 days in *Baker v. Kramer*, S-07-1170.

I will need to review the entire appellate record in the instant case.

An additional sixty (60) days will enable me to review the record and prepare my answer.

Petitioner is serving a 17-year prison term.  He is in custody and appearing in pro per.

Executed 24th day of April at San Francisco, California.

/s/ Christopher J. Wei
_____
CHRISTOPHER J. WEI
Deputy Attorney General

khuu Decl. of CJW.wpd
SF2008401203

Decl. of Christopher J.Wei in Support of Appl. for EOT                                                    Khuu v. Tilton
C 07-6351 SI (pr)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Khuu v. Tilton**

No.:   **C 07-6351 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 24, 2008, I served the attached **(1)** RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS, **(2)** DECLARATION OF CHRISTOPHER J. WEI IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; and **(3)** [PROPOSED] ORDER by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Hoa Trung Khuu
V-58390
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South
Tutwiler, MS 38963

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 24, 2008, at San Francisco, California.

|  |  |
| --- | --- |
| B. Wong | *B. Wong* (signature) |
| Declarant | Signature |

khuu DECL. OF SERVICE.wpd