IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HOA TRUNG KHUU,** | C 07-6351 SI (pr) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **JOHN TILON, CDCR Secretary,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer to be extended sixty (60) days to and including July 8, 2008.

Dated: _____    _____
                                                                    The Honorable Susan Illston

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Khuu v. Tilton**

No.:   **C 07-6351 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 24, 2008, I served the attached **(1)** RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS, **(2)** DECLARATION OF CHRISTOPHER J. WEI IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; and **(3)** [PROPOSED] ORDER by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Hoa Trung Khuu
V-58390
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South
Tutwiler, MS 38963

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 24, 2008, at San Francisco, California.

|                     |                     |
|---------------------|---------------------|
| B. Wong             | *B. Wong* (signed)  |
| Declarant           | Signature           |

khuu DECL. OF SERVICE.wpd