UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA TRUNG KHUU, | No. C 07-6351 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| JOHN TILTON, CDCR Secretary, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> request for a 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Christopher Wei, the court GRANTS respondent's request. (Docket # 3.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **July 11, 2008**. Petitioner must file and serve his traverse no later than **August 22, 2008.**

IT IS SO ORDERED.

DATED: May 7, 2008

SUSAN ILLSTON
United States District Judge