1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CHRISTOPHER J. WEI, State Bar No. 78958
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5867
    Fax:  (415) 703-1234
8   Email:  Christopher.Wei@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HOA TRUNG KHUU,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>**JOHN TILTON, CDCR Secretary,**<br><br>　　　　　　　　　　　Respondent. | C 07-6351 SI (pr)<br><br>**RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS** |

　　　　Respondent respectfully requests an extension of time of sixty (60) days be granted in which to file his answer to the Order to Show Cause in the above entitled case.  This application is based upon the attached declaration of Christopher J. Wei, Deputy Attorney General.

//

//

//

//

//

---

Respondent's Appl. for EOT to file Response to Writ of HC - *Khuu v. Tilton*　　　　　　C 07-6351 SI (pr)

1

1  WHEREFORE, respondent respectfully requests that the time within which to file his return to the answer be extended sixty (60) days to and including September 9, 2008.

Dated: June 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Christopher J. Wei

CHRISTOPHER J. WEI
Deputy Attorney General
Attorneys for Respondent

20118933.wpd
SF2008401203