1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CHRISTOPHER J. WEI, State Bar No. 78958
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5867
     Fax:  (415) 703-1234
8    Email:  Christopher.Wei@doj.ca.gov

9  Attorneys for Respondent

10

11                 IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14
   | **HOA TRUNG KHUU,** | C 07-6351 SI (pr) |
   |---|---|
   | Petitioner, | **RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS** |
   | v. | |
   | **JOHN TILTON, CDCR Secretary,** | |
   | Respondent. | |

20

21      Respondent respectfully requests an extension of time of sixty (60) days be granted in

22  which to file his answer to the Order to Show Cause in the above entitled case.  This application

23  is based upon the attached declaration of Christopher J. Wei, Deputy Attorney General.

24  //

25  //

26  //

27  //

28  //

---

Respondent's Appl. for EOT to file Response to Writ of HC - *Khuu v. Tilton*          C 07-6351 SI (pr)

1

1       WHEREFORE, respondent respectfully requests that the time within which to file his return to the answer be extended sixty (60) days to and including September 9, 2008.

Dated: June 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Christopher J. Wei

CHRISTOPHER J. WEI
Deputy Attorney General
Attorneys for Respondent

20118933.wpd
SF2008401203

Respondent's Appl. for EOT to file Response to Writ of HC - *Khuu v. Tilton*      C 07-6351 SI (pr)

2