1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CHRISTOPHER J. WEI, State Bar No. 78958
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5867
     Fax:  (415) 703-1234
8    Email:  Christopher.Wei@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HOA TRUNG KHUU,** | C 07-6351 SI (pr) |
| Petitioner, | **DECLARATION OF CHRISTOPHER J. WEI IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** |
| v. | |
| **JOHN TILTON, CDCR Secretary,** | |
| Respondent. | |

Christopher J. Wei, under penalty of perjury, declares as follows:

I am a Deputy Attorney General for the State of California assigned to prepare and file an answer in the above-entitled case.

This Court issued an order on April 8, 2008, for respondent to file an answer. Respondent requested and received one extension of time.  The answer is due on July 11, 2008.

I request an extension of time to file the answer.

My mother passed away on May 5, 2008.  I had to take time away from work prior to her death to take care of her and also took time off following her death.   Since my return to

1  work, I have been fully engaged in meeting deadlines in other cases. During the past 30 days, I
2  completed respondent's briefs in state appellate court in *People v. Johns* (A118358), *People v.*
3  *Singh* (H031649) and *People v. Jiminez* (H031681), as well as an answer to a habeas corpus
4  petition in federal district court in *Baker v. Kramer* (S-07-1170). I also participated in oral
5  argument in *People v. Boo* (A115254). Nevertheless, I have ten other respondent's briefs due in
6  the next 30 days (*People v. Dixon*, H031959; *People v. Stevens*, A119401; *People v. Beech*,
7  H032406; *People v. Robinson*, A120309; *People v. Alcaraz,* H031733; *People v. Martinez*,
8  H031630; *People v. Guadarrama*, A118964; *People v. Abrao,* A119332; *People v. Garcia*,
9  H032585; and *People v. Lucas* H032157), as well as a response to a habeas corpus petition in
10 state court (*In re Nuualofa*, A120851).
11         Appellant is appearing pro per and is currently incarcerated in state prison on a 17-year
12 term.
13         I will need to review the entire appellate record in the instant case.
14         An additional sixty (60) days will enable me to review the record and prepare my
15 answer.
16         Executed 26th day of June at San Francisco, California.

                                        /s/ Christopher J. Wei
                                        _____
                                        CHRISTOPHER J. WEI
                                        Deputy Attorney General

20118940.wpd
SF2008401203

Decl. of Christopher J. Wei in Support of Appl. for EOT                                 C 07-6351 SI (pr)
2