UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA TRUNG KHUU, | No. C 07-6351 SI (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINES** |
|     v. | |
| JOHN TILTON, CDCR Secretary, | |
|     Respondent. | |

Respondent has filed an ex parte request for a second 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Christopher Wei, the court GRANTS respondent's request. (Docket # 5.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **September 12, 2008**. Petitioner must file and serve his traverse no later than **October 17, 2008.**

IT IS SO ORDERED.

DATED: June 30, 2008

                                                        SUSAN ILLSTON
                                                        United States District Judge