EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
CHRISTOPHER J. WEI, State Bar No. 78958
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5867
 Fax:  (415) 703-1234
 Email:  Christopher.Wei@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HOA TRUNG KHUU,** | C 07-6351 SI (pr) |
| Petitioner, | **ANSWER** |
| v. | |
| **JOHN TILTON, CDCR Secretary,** | |
| Respondent. | |

Respondent, hereby provides this answer to the petition for writ of habeas corpus, states:

**I.**

**CUSTODY**

Petitioner is currently confined at the Tallahatchie County Correctional Facility in Tutwiler, Mississippi following valid judgments of conviction and commitment in the San Mateo County Superior Court, case number SC056446  Exh. 1, CT 363-364, 367-368.  Petitioner was found guilty of two counts of first degree burglary (Cal. Penal Code § 460(a)), one count of

Answer                                                                                                              Khuu v. Tilton
                                                                                                                          C 07-6351 SI (pr)

attempted first degree burglary (Cal. Penal Code §§ 664/460(a)), two counts of receiving stolen property (Cal. Penal Code § 496(a)), a prior strike conviction, and a prior serious felony conviction (Cal. Penal Code §§ 1170.12(c)(1), 667(a)(1). The state trial court sentenced Petitioner to a prison term of 17 years in state prison. CT 363-364, 367-368.

## II

## PROCEDURAL HISTORY

Petitioner appealed his conviction to the California Court of Appeal and on May 30, 2006, the California Court of Appeal for the First Appellate District issued its opinion affirming the judgment in its entirety. Exhibit 4. *People v. Khuu*, A108442. The California Supreme Court denied review on June 14, 2006. Exhibit 6. A copy of petitioner's opening brief on direct appeal is attached as Exhibit 2; the respondent's brief is attached as Exhibit 3, the Court of Appeal's opinion is Exhibit 4; the Petition for Review is Exhibit 5; the denial of the petition for review is Exhibit 6.

Petitioner thereafter filed a petition for writ of habeas corpus in state court. A copy of the petition in S149466 is attached as Exhibit 7; the California Supreme Court's denial of the petition is attached as Exhibit 8.

## III

## EXHAUSTION OF STATE REMEDIES

Petitioner makes three claims that his constitutional rights were violated. The first two claims were exhausted when the California Supreme Court denied review on June 14, 2006. The third claim was exhausted when Petitioner presented this claim to the state high court in his habeas petition.

## IV

## TIMELINESS

Petitioner's petition in this Court is timely. Section 2244(d) of 28 U.S.C. provides that a petition for writ of habeas corpus challenging a state judgment must be filed within one year from the date on which the judgement became final by the conclusion of direct review or the expiration of time for seeking such review. The California Supreme Court denied review on

June 14, 2006.  Petitioner filed habeas petitions in state court; the habeas petition in the California Supreme Court was filed on January 16, 2007.  Petitioner filed the instant petition on December 14, 2007.

V

**DENIAL OF CLAIMS**

Respondent denies that petitioner suffered any deprivation of federal constitutional rights supporting federal habeas corpus relief.

V

**AVAILABLE STATE RECORDS**

Respondent is submitting a copy of the relevant portions of the state trial record and state appellate record, which are identified in the accompanying index of records.

VI

**CONCLUSION**

WHEREFORE, respondent respectfully requests that the petition be denied.

Dated:  August 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Christopher J. Wei

CHRISTOPHER J. WEI
Deputy Attorney General
Attorneys for Respondent

20129429.wpd
SF2008401203

Answer                                                                                                               Khuu v. Tilton
                                                                                                                       C 07-6351 SI (pr)

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Khuu v. Tilton**

No.:   **C 07-6351 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 27, 2008, I served the attached **(1)** MEMORANDUM OF POINTS AND AUTHORITIES; **(2)** ANSWER; **(3)** INDEX OF EXHIBITS; and **(4)** EXHIBITS 1 to 9 by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Hoa Trung Khuu
V58390
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South
Tutwiler, MS 38963

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 27, 2008, at San Francisco, California.

|  |  |
|---|---|
| B. Wong | B. Wong |
| Declarant | Signature |

20136287.wpd