1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  CHRISTOPHER J. WEI, State Bar No. 78958
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5867
    Fax:  (415) 703-1234
8   Email:  Christopher.Wei@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   **HOA TRUNG KHUU,**                    C 07-6351 SI (pr)
15
                          Petitioner,     **INDEX OF EXHIBITS**
16
            v.
17
   **JOHN TILTON, CDCR Secretary,**
18
                          Respondent.
19

20

21  EXHIBIT 1   Clerk's Transcript (part 1, Vol. 1, pp. 1 to 119)

22  EXHIBIT 1   Clerk's Transcript (part 2, Vol. 1, pp. 120-184)

23  EXHIBIT 1   Clerk's Transcript (part 3, Vol. 1, pp. 185-281)

24  EXHIBIT 1   Clerk's Transcript (part 4, Vol. 1, pp. 282-383)

25  EXHIBIT 1   Clerk's Transcript (part 5, Augmentation, pp. 1-32)

26  EXHIBIT 2   Appellant's Opening Brief

27  EXHIBIT 3   Respondent's Brief

28  EXHIBIT 4   California Court of Appeal Opinion

| | | |
|---|---|---|
| 1 | EXHIBIT 5 | Petition for Review (filed in California Supreme Court on May 3, 2006) |
| 2 | EXHIBIT 6 | California Supreme Court order denying petition for review (filed on June 14, 2006, case no. S143098) |
| 3 | EXHIBIT 7 | Petition for Writ of Habeas Corpus (filed in California Supreme Court on January 16, 2007, case no. S149466) |
| 5 | EXHIBIT 8 | California Supreme Court docket (Register of Actions), Petition for Writ of Habeas Corpus denied on September 9, 2007 |
| 6 | EXHIBIT 9 | Reporter's Transcript (part 1, Vol. 1, pp. 6-90) |
| 7 | EXHIBIT 9 | Reporter's Transcript (part 2, Vol. 1, pp. 91-147) |
| 8 | EXHIBIT 9 | Reporter's Transcript (part 3, Vol. 1, pp. 148-219) |
| 9 | EXHIBIT 9 | Reporter's Transcript (part 4, Vol. 2, pp. 224-294) |
| 10 | EXHIBIT 9 | Reporter's Transcript (part 5, Vol. 2, pp. 295-348) |
| 11 | EXHIBIT 9 | Reporter's Transcript (part 6, Vol. 2, pp. 349-395) |
| 12 | EXHIBIT 9 | Reporter's Transcript (part 7, Vol. 3, pp. 404-464) |
| 13 | EXHIBIT 9 | Reporter's Transcript (part 8, Vol. 3, pp. 465-528) |
| 14 | EXHIBIT 9 | Reporter's Transcript (part 9, Vol. 3, pp. 529-620) |

Dated: August 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Christopher J. Wei

CHRISTOPHER J. WEI
Deputy Attorney General
Attorneys for Respondent

20129610.wpd
SF2008401203

Index of Exhibits                                            Khuu v. Tilton
                                                             C 07-6351 SI (pr)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Khuu v. Tilton**

No.:   **C 07-6351 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 27, 2008</u>, I served the attached **(1)** MEMORANDUM OF POINTS AND AUTHORITIES; **(2)** ANSWER; **(3)** INDEX OF EXHIBITS; and **(4)** EXHIBITS 1 to 9 by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Hoa Trung Khuu
V58390
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South
Tutwiler, MS 38963

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 27, 2008, at San Francisco, California.

|  B. Wong  |  _B. Wong_ (signature)  |
|---|---|
| Declarant | Signature |

20136287.wpd