UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA TRUNG KHUU,<br><br>    Petitioner,<br><br>  v.<br><br>JOHN TILTON, CDCR Secretary,<br><br>    Respondent.<br>_____/ | No. C 07-6351 SI (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner filed a notice of appeal and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). (Docket # 16.) The request for a certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). That is, he has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Petitioner's application to proceed in forma pauperis on appeal is GRANTED. (Docket # 18.)

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: April 10, 2009

                                                                         SUSAN ILLSTON<br>
                                                          United States District Judge